UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE WHITE | ) | |

ORDER

Pending before the Court is Defendant's Motion To Reschedule Revocation Hearing
(Docket No. 49). Through the Motion, the Defendant requests that the revocation hearing,
scheduled for December 14, 2012, be continued for 90 days as the Defendant's state court charge
that forms the basis for the Petition For Revocation will not be considered until January, 2013.
The Motion indicates that the Government does not oppose a continuance.

The Motion is GRANTED. Accordingly, the revocation hearing is CONTINUED until
March 15, 2013, at 2:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE