PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Dontae Lortanza White  Case Number: 3:04-00091-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: March 23, 2005

Original Offense: Ct. 1: 18 U.S.C. § 924(c), Possession of Firearm in Furtherance of a Drug Trafficking Crime; Ct. 2: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute MDMA; Ct. 3: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Marijuana; and Ct. 4: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Hydromorphone

Original Sentence: 100 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: August 25, 2011

Assistant U.S. Attorney: Philip Wehby    Defense Attorney: Peter J. Strianse

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ⎯⎯ day of ⎯Feb⎯⎯, 2013, and made a part of the records in the above case.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Sr. U.S. Probation Officer
Lisa A. Capps

Place    Columbia, Tennessee

Date    February 6, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **Shall not commit another federal, state, or local crime:**

    According to the Citation, on January 14, 2013, in Davidson County, Tennessee, Mr. White was stopped for running a red light by the Metropolitan Police Department, and was cited for driving on a suspended license (Citation Number SC1018681). Mr. White allowed a search of the vehicle. No contraband was found. Mr. White was with Maurice Lattimore, who lied about his identity. Mr. Lattimore had an outstanding warrant out of Sumner County, Tennessee, for residential burglary.

    Mr. White's Tennessee Driver's License was subsequently reinstated, and he has provided a copy of it to the Probation Officer. Citation Number SC1018681 was dismissed on costs in Davidson County General Sessions Court on January 14, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Dontae White began his term of supervised release on August 25, 2011. His term of supervision expires on August 24, 2014.

On July 13, 2012, a 12A petition was filed notifying Your Honor of positive urine screens for marijuana submitted on July 9, 2012, and July 13, 2012. It also alleged that Mr. White had been instructed on numerous occasions to provide proof of his job search efforts, which he had failed to do. No action was recommended. Said petition was signed by Your Honor on July 27, 2012.

On October 11, 2012, a 12C petition was filed alleging a new arrest for Domestic Assault on September 17, 2012, and use of marijuana from July 23, 2012, through October 1, 2012. Your Honor issued a summons on October 12, 2012. A revocation hearing is scheduled for March 15, 2013.

Mr. White is not currently employed and continues to reside with his mother.

**U.S. Probation Officer Recommendation:**

As the Driving on Suspended License charge was dismissed on January 14, 2013, it is recommended that Mr. White be continued on supervised release pending his revocation hearing and that no action be taken concerning this matter.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer