UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE LORTANZA WHITE | ) | |

## ORDER

Pending before the Court is a Motion to Reschedule Revocation Hearing (Docket No. 70). The Motion is GRANTED.

The hearing on the Petition (Docket No. 62) alleging violations of Defendant's Conditions of Supervision is CONTINUED to September 30, 2013, at 3:00 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE