PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Dontae Lortanza White  Case Number: 3:04-00091-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: March 23, 2005

Original Offense: Ct. 1: 18 U.S.C. § 924(c), Possession of Firearm in Furtherance of a Drug Trafficking Crime; Ct. 2: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute MDMA; Ct. 3: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Marijuana; and Ct. 4: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Hydromorphone

Original Sentence: 100 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: August 25, 2011

Assistant U.S. Attorney: Philip Wehby  Defense Attorney: Mariah Wooten

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Other  To be considered at the hearing on 11/22/13

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this 19 day of Nov, 2013, and made a part of the records in the above case.

Sr. U.S. Probation Officer
Lisa A. Capps

_____
U. S. District Judge
Todd J. Campbell

Place  Columbia, Tennessee

Date  November 15, 2013

**Compliance with Supervision Conditions and Prior Interventions:**

At the revocation hearing held on April 11, 2013, Your Honor directed the Probation Officer to notify you in writing of the results of Mr. White's drug testing.

Mr. White submitted urine screens on October 1, 2013, October 8, 2013, and November 6, 2013, which tested positive for Opiates, for which he had a prescription. Mr. White failed to report for the urine screen on Friday, October 18, 2013, and this officer directed him to report the probation office on Monday, October 21, 2013, to submit one. He reported on October 22, 2013, and the urine screen was negative for any illicit substances.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer