UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:04-00091 |
| ) | JUDGE CAMPBELL |
| DONTAE LORTANZA WHITE ) | |

ORDER

The hearing on the Supplemental Petition (Docket No. 83) scheduled for August 25, 2014 at 9:00 a.m. RESCHEDULED for August 25, 2014, at 2:00 p.m.

It is so ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE