UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE LORTANZA WHITE | ) | |

## ORDER

The Court held a hearing on the 3rd Supplemental Petition (Docket No. 87) on August 25, 2014. Based on the joint recommendation of the parties, the Petition (Docket No. 87) is dismissed.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE